IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS GONZALEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WARDEN OF THE MOSHANNON VALLEY | : | |
| CORRECTIONAL INSTITUTION | : | NO. 15-cv-4026 |

ORDER

AND NOW, this day of 14th day of December, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Clerk of Court is directed to TRANSFER the petition for habeas corpus to the United States District Court for the Western District of Pennsylvania.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.